No. 04–9152. GOMEZ *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9154. FORD *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9156. GASKIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 04–9157. DAVIS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9165. JONES *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 04–9166. FUSE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–9171. BERNAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 04–9173. ALLEN *v.* BROOKS, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 04–9179. MORRIS *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9196. INDUSTRIOUS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–9199. IRORERE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 04–9205. SLUSHER *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 04–9211. CARTER *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 04–9217. STANFORD *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 04–9225. HAYDEN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 04–9233. TREJO-PASARAN *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.